IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE VIRGIN ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 09-20 |
| GELEAN MARK and JEROME BLYDEN | : | |

## **ORDER**

AND NOW, this 28th day of December, 2009, Defendant Jerome Blyden's Motion to Suppress Evidence (Document 146) is GRANTED.

BY THE COURT:

\s\ Juan R. Sánchez
Juan R. Sánchez, J.